UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESSICA TIMM | : | |
|     Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:16-cv-00531 (VAB) |
| STEPHEN FAUCHER, | : | |
| M. CONNELL, APRN, | : | |
| TARA HOOD, NP, | : | |
| HENRY F. CRABBE, MD, | : | |
| CHRISTINE BACHMANN | : | |
| And C/O HOLLIS | : | MARCH 31, 2017 |
|     Defendants. | : | |

**RULING ON MOTION TO DISMISS BY DEFENDANT CONNELL (ECF NO. 17)**

Plaintiff, Jessica Timm, a resident of Monroe, Connecticut, filed this action under 42 U.S.C. § 1983 and § 1988, naming Stephen Faucher, M. Connell, APRN, Vivianne Hage, RN, Tara Hood, NP, Henry F. Crabbe, MD, Christine Bachmann, and CO Hollis, all employees of the Connecticut Department of Correction, as Defendants. Ms. Timm alleges that Defendants violated her Eighth Amendment right to be free from cruel and unusual punishment while she was incarcerated in York Correctional Institution ("York") in 2015.

Ms. Connell has moved to dismiss Ms. Timm's claims under Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure. *See* Motion, ECF No. 17. On July 15, 2016, Ms. Timm filed a response stating that Ms. Connell's motion "may be granted without objection." *See* Response, ECF No. 22. Accordingly, Ms. Connell's motion to dismiss is GRANTED. The Clerk of Court is directed to terminate Ms. Connell as Defendant in this case.

SO ORDERED at Bridgeport, Connecticut this 31day of March 2017.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE